UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

AAMIR KHAN and HUMA AAMIR,   Case No.: 18-23908 RBR
  Debtors,   Chapter 13

_____/

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):   AAMIR KHAN and HUMA AAMIR KHAN

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

\_\_\_\_ Plaintiff

\_\_\_\_ Defendant

\_\_\_\_ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.

√ Debtor

\_\_\_ Creditor

\_\_\_ Trustee

\_\_\_ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: ORDER GRANTING STAY RELIEF NUN PRO TUNC.

2. State the date on which the judgment, order, or decree was entered: DECEMBER 23, 2019.

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:     ALI PANJWANI
   Attorney:  JOEL M. ARESTY, ESQUIRE
              13499 Biscayne Blvd
              Suite 3
              North Miami, FL 33181
              305-904-1903

2. Party:     AAMIR KHAN and HUMA AAMIR KHAN
   Attorney:  SAMIR MASRI, ESQUIRE
              901 PONCE DE LEON BLVD.
              SUITE 101
              CORAL GABLES, FL 33134
              305-445-3422

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

_____      Date: 1/6/2020
EMMANUEL PEREZ, ESQUIRE
ATTORNEY FOR AAMIR KHAN
AND HUMA AAMIR KHAN
FBN: 586552
901 PONCE DE LEON BOULEVARD
SUITE 101
CORAL GABLES, FL 33134
TEL: 305-442-7443
EMAIL: BANKRUPTCY@LAWPEREZ.COM



**ORDERED in the Southern District of Florida on December 23, 2019.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                         CASE NO.: 18-23908-SMG

Aamir Khan and Huma Aamir,                     CHAPTER 7
    Debtor(s).                        /

### ORDER GRANTING MOTION FOR
### RELIEF FROM STAY *NUNC PRO TUNC* TO NOVEMBER 7, 2018

**THIS MATTER** came before the Court for hearing on December 18, 2019, upon the *Motion for Relief from Stay* (ECF No. 98) *nunc pro tunc* to November 7, 2018, filed by Creditor Ali Panjwani ("Creditor"). Having considered the Motion, the Debtors' *Responses* (ECF Nos. 100 and 101), and the Creditor's *Reply* (ECF No. 107)

and for the reasons stated on the record at the hearing which shall constitute the decision of this Court, it is **ORDERED** that:

1. The Motion for Relief from Stay is **GRANTED** *nunc pro tunc* to November 7, 2018.

2. The Creditor and the Debtors have relief from the automatic stay to proceed, through judgment but not execution, in the state court case pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida (Case No. CACE18026971).

###

Copies furnished to:

Joel M. Aresty, Esq., who shall serve a copy of this Order on all interested parties and file a certificate of service thereof.