CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Aamir Khan and Huma Aamir

**Case Number:** 18–23908–SMG
**Chapter:** 7
**County of Residence or Place of Business:** Fort Lauderdale
**U.S. District Court Case Number:**

# TRANSMITTAL TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 1/6/2020
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
  - ☐ Contested   ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** Aamir Khan and Huma Aamir

**Attorney:** Emmanuel Perez, Esq
901 Ponce de Leon Blvd #101
Coral Gables, FL 33134

**Attorney:** Samir Masri
901 Ponce de Leon Blvd #101
Coral Gables, FL 33134

**Appellee/Respondent:** Ali Panjwani

**Attorney:** Joel M. Aresty
13499 Biscayne Blvd # 3
North Miami FL 33181

**Attorney:**

**Title and Date of Order Appealed**, if applicable: Order Granting Motion For Relief From Stay and 12/23/2019

**Entered on Docket Date:** 12/23/2019    **Docket Number:** 113

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** 1/7/20

**CLERK OF COURT**
By: Lorenzo Rodriguez
Deputy Clerk   (954) 769–5700