**CONVERTED, APPEAL**

# U.S. Bankruptcy Court
## Southern District of Florida (Fort Lauderdale)
### Bankruptcy Petition #: 18-23908-SMG

*Assigned to:* Scott M Grossman
Chapter 7
Previous chapter 13
Original chapter 13
Voluntary
No asset

*Date filed:* 11/07/2018
*Date converted:* 06/12/2019
*341 meeting:* 07/17/2019
*Deadline for objecting to discharge:* 09/16/2019

*Debtor*
**Aamir Khan**
1313 Majesty Ter
Weston, FL 33327
BROWARD-FL
SSN / ITIN: xxx-xx-7091
*aka* **Aamir Raza Khan**
*aka* **Aamir R Khan**

represented by **Samir Masri**
901 Ponce de Leon Blvd #101
Coral Gables, FL 33134
(305) 445-3422
Email: masrilaw@aol.com

**Emmanuel Perez, Esq**
901 Ponce de Leon Blvd #101
Coral Gables, FL 33134
(305) 442-7443
Email: bankruptcy@lawperez.com

*Joint Debtor*
**Huma Aamir**
1313 Majesty Ter
Weston, FL 33327
BROWARD-FL
SSN / ITIN: xxx-xx-5064

represented by **Samir Masri**
(See above for address)

**Emmanuel Perez, Esq**
(See above for address)

*Trustee*
**Robin R Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355
954-382-2001
*TERMINATED: 06/13/2019*

*Trustee*
**Kenneth A Welt**
8201 Peters Rd., Ste. 1000
Plantation, FL 33324
954-368-6682

represented by **Zachary Malnik**
950 S Pine Island Rd #A-150
Plantation, FL 33324
954-423-4469
Email: zachary@msbankrupt.com

**U.S. Trustee**
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
|---|---|---|
| 11/07/2018 | 1 (11 pgs) | Chapter 13 Voluntary Petition . [Fee Amount $310] (Masri, Samir) (Entered: 11/07/2018) |
| 11/07/2018 | 2 (1 pg) | Statement of Debtor(s) Social Security Number(s) [*Document Image Available ONLY to Court Users*] Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Masri, Samir) (Entered: 11/07/2018) |
| 11/07/2018 | 3 (1 pg) | Certification of Budget and Credit Counseling Course by Debtor Filed by Debtor Aamir Khan. (Masri, Samir) (Entered: 11/07/2018) |
| 11/07/2018 | 4 (1 pg) | Certification of Budget and Credit Counseling Course by Joint Debtor ONLY Filed by Joint Debtor Huma Aamir. (Masri, Samir) (Entered: 11/07/2018) |
| 11/07/2018 |  | Receipt of Voluntary Petition (Chapter 13)(18-23908) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 33142294. Fee amount 310.00. (U.S. Treasury) (Entered: 11/07/2018) |
| 11/08/2018 | 5 (2 pgs) | Notice of Incomplete Filings Due. Chapter 13 Plan due by 11/21/2018. Summary of Your Assets and Liabilities and Certain Statistical Information due 11/21/2018. Schedules A-J due 11/21/2018.Statement of Financial Affairs Due 11/21/2018.Declaration Concerning Debtors Schedules Due: 11/21/2018.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 11/21/2018. Payment Advices due for Debtor 11/21/2018. Payment Advices due for Joint Debtor 11/21/2018. [Incomplete Filings due by 11/21/2018]. (Ramos-White, Madeline) (Entered: 11/08/2018) |
| 11/08/2018 | 6 (1 pg) |  |

| | | |
|---|---|---|
| | | Request for Notice Filed by Creditor Synchrony Bank. (PRA Receivables Management (VSmith)) (Entered: 11/08/2018) |
| 11/10/2018 | 7 (4 pgs) | BNC Certificate of Mailing (Re: 5 Notice of Incomplete Filings Due. Chapter 13 Plan due by 11/21/2018. Summary of Your Assets and Liabilities and Certain Statistical Information due 11/21/2018. Schedules A-J due 11/21/2018.Statement of Financial Affairs Due 11/21/2018.Declaration Concerning Debtors Schedules Due: 11/21/2018.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 11/21/2018. Payment Advices due for Debtor 11/21/2018. Payment Advices due for Joint Debtor 11/21/2018. [Incomplete Filings due by 11/21/2018].) Notice Date 11/10/2018. (Admin.) (Entered: 11/11/2018) |
| 11/20/2018 | 8 (1 pg) | *Ex Parte* Motion to Extend Time to File Schedules and Plan,Payment Advices (Db),Payment Advices (Jt Db), Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Masri, Samir) (Entered: 11/20/2018) |
| 11/26/2018 | 9 (1 pg) | Order Granting Motion to Extend Time to File Schedules/Plan/Required Information. Deadline Extended through 12/6/2018. (Re: # 8) [Incomplete Filings due by 12/6/2018]. Summary of Your Assets and Liabilities and Certain Statistical Information due 12/6/2018. Schedules A-J due 12/6/2018.Statement of Financial Affairs Due 12/6/2018.Declaration Concerning Debtors Schedules Due: 12/6/2018. Chapter 13 Plan due by 12/6/2018.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 12/6/2018. Payment Advices due for Debtor 12/6/2018. Payment Advices due for Joint Debtor 12/6/2018. (Ramos-White, Madeline) (Entered: 11/26/2018) |
| 11/28/2018 | 10 (46 pgs; 2 docs) | Initial Schedules Filed: [Summary of Your Assets/Liabilities,Schedules A-J,Statement of Financial Affairs,Declaration re Schedules,] [Fee Amount $31] Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Attachments: # 1 Local Form 4) (Masri, Samir) (Entered: 11/28/2018) |
| 11/28/2018 | | |

|  | 11<br>(3 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1. Disposable Income Is Not Determined Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Masri, Samir) (Entered: 11/28/2018) |
|---|---|---|
| 11/28/2018 | 12<br>(2 pgs) | Payment Advices by Debtor and Joint Debtor Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Masri, Samir) (Entered: 11/28/2018) |
| 11/28/2018 | 13<br>(1 pg) | Certification of Compliance and Request for Confirmation of Ch. 13 Plan Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Masri, Samir) (Entered: 11/28/2018) |
| 11/28/2018 | 14<br>(1 pg) | Disclosure of Compensation by Attorney Samir Masri. (Masri, Samir) (Entered: 11/28/2018) |
| 11/28/2018 | 15<br>(3 pgs) | Chapter 13 Plan Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Masri, Samir) (Entered: 11/28/2018) |
| 11/28/2018 |  | Receipt of Schedules and Statements Filed(18-23908-RBR) [misc,schsia] ( 31.00) Filing Fee. Receipt number 33256137. Fee amount 31.00. (U.S. Treasury) (Entered: 11/28/2018) |
| 11/29/2018 | 16<br>(6 pgs; 2 docs) | Meeting of Creditors to be Held on 12/28/2018 at 11:00 AM at 299 E Broward Blvd Room 411, Fort Lauderdale. Last Day to Oppose Discharge or Dischargeability is 2/26/2019. Proofs of Claim due by 2/7/2019. Confirmation Hearing to be Held on 2/14/2019 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. Objection to Confirmation Deadline: 1/31/2019. (Ramos-White, Madeline) (Entered: 11/29/2018) |
| 12/01/2018 | 17<br>(5 pgs) | BNC Certificate of Mailing (Re: 16 Meeting of Creditors to be Held on 12/28/2018 at 11:00 AM at 299 E Broward Blvd Room 411, Fort Lauderdale. Last Day to Oppose Discharge or Dischargeability is 2/26/2019. Proofs of Claim due by 2/7/2019. Confirmation Hearing to be Held on 2/14/2019 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. Objection to Confirmation Deadline: 1/31/2019.) Notice Date 12/01/2018. (Admin.) (Entered: 12/02/2018) |

| | | |
|---|---|---|
| 12/01/2018 | 18 (5 pgs) | BNC Certificate of Mailing - PDF Document (Re: 16 Meeting of Creditors to be Held on 12/28/2018 at 11:00 AM at 299 E Broward Blvd Room 411, Fort Lauderdale. Last Day to Oppose Discharge or Dischargeability is 2/26/2019. Proofs of Claim due by 2/7/2019. Confirmation Hearing to be Held on 2/14/2019 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. Objection to Confirmation Deadline: 1/31/2019.) Notice Date 12/01/2018. (Admin.) (Entered: 12/02/2018) |
| 12/24/2018 | 19 (3 pgs) | Notice of Appearance and Request for Service by Teresa M Hair Filed by Creditor Wells Fargo Bank, N.A.. (Hair, Teresa) (Entered: 12/24/2018) |
| 01/07/2019 | 20 (1 pg) | Notice of Requirement to File Financial Management Course Certificate (admin) (Entered: 01/07/2019) |
| 01/09/2019 | 21 (2 pgs) | Notice of Appearance and Request for Service by Bruce E Loren Filed by Creditor Bibby Financial Services, Inc.. (Loren, Bruce) (Entered: 01/09/2019) |
| 01/09/2019 | 22 (2 pgs) | BNC Certificate of Mailing (Re: 20 Notice of Requirement to File Financial Management Course Certificate (admin)) Notice Date 01/09/2019. (Admin.) (Entered: 01/10/2019) |
| 01/10/2019 | 23 (1 pg) | Certification of Completion of Instructional Course Concerning Personal Financial Management by Debtor and Joint Debtor Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Masri, Samir) (Entered: 01/10/2019) |
| 01/10/2019 | 24 | Notice to Filer of Apparent Filing Deficiency: **Document Filed in the Incorrect Case.** **THE FILER IS DIRECTED TO WITHDRAW THE MISDOCKETED PLEADING AND FILE THE PLEADING IN THE CORRECT CASE WITHIN TWO BUSINESS DAYS.** (Re: 23 Certification of Completion of Instructional Course Concerning Personal Financial Management by Debtor and Joint Debtor Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan.) (Ramos-White, Madeline) (Entered: 01/10/2019) |

| | | |
|---|---|---|
| 01/11/2019 | 25 (1 pg) | Notice to Withdraw Document 23 Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: 23 Certification of Completion of Financial Management Course). (Masri, Samir) (Entered: 01/11/2019) |
| 01/11/2019 | 26 (2 pgs) | Certification of Completion of Instructional Course Concerning Personal Financial Management by Debtor and Joint Debtor Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Masri, Samir) (Entered: 01/11/2019) |
| 01/17/2019 | 27 (2 pgs) | Objection to Debtor's Claim of Exemptions Filed by Trustee Robin R Weiner. (Weiner, Robin) (Entered: 01/17/2019) |
| 01/17/2019 | 28 (1 pg) | Notice of Hearing by Filer (Re: 27 Objection to Debtor's Claim of Exemptions Filed by Trustee Robin R Weiner.). Chapter 13 Hearing scheduled for 02/14/2019 at 01:00 PM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 01/17/2019) |
| 02/01/2019 | 29 (3 pgs) | Notice of Appearance and Request for Service by Eyal Berger Esq. Filed by Creditor TD Bank, N.A.. (Berger, Eyal) (Entered: 02/01/2019) |
| 02/02/2019 | doc (7 pgs) | Notice of Mortgage Payment Change (Claim # 25) with Certificate of Service Filed by Creditor Wells Fargo Bank, N.A. Filed by Wells Fargo Bank, N.A.. (Wells Fargo Bank NA (TTaylor)) (Entered: 02/02/2019) |
| 02/13/2019 | 30 (2 pgs) | Notice of Appearance and Request for Service by Joel M. Aresty Esq. Filed by Creditor Ali Panjwani. (Aresty, Joel) (Entered: 02/13/2019) |
| 02/14/2019 | 31 (7 pgs; 2 docs) | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule C,Declaration re Schedules,] Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Attachments: # 1 Local Form 4) (Masri, Samir) (Entered: 02/14/2019) |
| 02/15/2019 | 32 | The information required by 11 U.S.C. Sec. 521(a)(1) as provided by the debtor(s) in this case is complete to the satisfaction of the trustee. No creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. Sec. |

| | | |
|---|---|---|
| | | 521(i)(2) and the trustee does not believe that this case is subject to automatic dismissal pursuant to 11 U.S.C. Sec. 521(i). (Weiner, Robin) (Entered: 02/15/2019) |
| 02/15/2019 | 33 (1 pg) | Objection to Claim of Bibby Financial Services, Inc. [# 29], Filed by Debtor Aamir Khan. (Masri, Samir) (Entered: 02/15/2019) |
| 02/15/2019 | 34 (1 pg) | Notice of Hearing by Filer (Re: 33 Objection to Claim of Bibby Financial Services, Inc. [# 29], Filed by Debtor Aamir Khan.). Chapter 13 Hearing scheduled for 03/14/2019 at 01:00 PM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Masri, Samir) (Entered: 02/15/2019) |
| 02/15/2019 | 35 (1 pg) | Certificate of Service Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: 33 Objection to Claim of Bibby Financial Services, Inc. [# 29], filed by Debtor Aamir Khan, 34 Notice of Hearing by Filer filed by Debtor Aamir Khan). (Masri, Samir) (Entered: 02/15/2019) |
| 02/18/2019 | 36 (2 pgs) | Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1). Deadline for any creditor or other party in interest to contest the court's finding shall file an objection not later 21 days from the date of entry of this order (admin) (Entered: 02/18/2019) |
| 02/19/2019 | 37 (2 pgs) | *Ex Parte* Motion to Redact Fee Amount $25 Filed by Creditor Ali Panjwani. (Aresty, Joel) (Entered: 02/19/2019) |
| 02/19/2019 | | Receipt of Motion to Redact(18-23908-RBR) [motion,mredact] ( 25.00) Filing Fee. Receipt number 33741648. Fee amount 25.00. (U.S. Treasury) (Entered: 02/19/2019) |
| 02/19/2019 | 38 (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 15 Chapter 13 Plan). Confirmation Hearing to be Held on 03/14/2019 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 02/19/2019) |
| 02/20/2019 | | |

| | | |
|---|---|---|
| | 39 (1 pg) | Order Granting Motion to Redact (Related Doc # 37) (Ramos-White, Madeline) (Entered: 02/20/2019) |
| 02/21/2019 | 40 (4 pgs) | BNC Certificate of Mailing (Re: 36 Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1). Deadline for any creditor or other party in interest to contest the court's finding shall file an objection not later 21 days from the date of entry of this order (admin)) Notice Date 02/21/2019. (Admin.) (Entered: 02/22/2019) |
| 02/25/2019 | 41 (98 pgs; 2 docs) | Adversary case 19-01040. Complaint by Ali Panjwani against Aamir Khan, Huma Aamir. Nature of Suit:,(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) (Attachments: # 1 Exhibit Exhibit A) (Aresty, Joel) (Entered: 02/25/2019) |
| 02/25/2019 | 42 (1 pg) | Notice to Withdraw Document Filed by Trustee Robin R Weiner (Re: 27 Objection to Debtor's Claim of Exemptions). (Weiner, Robin) (Entered: 02/25/2019) |
| 03/12/2019 | 43 (1 pg) | Notice of Substitution of Attorney Terminating Teresa M Hair. Adding Neisi I. Garcia Ramirez by Attorney Neisi I Garcia Ramirez. (Garcia Ramirez, Neisi) (Entered: 03/12/2019) |
| 03/18/2019 | 44 (1 pg) | Objection to Claim of Ali Panjwani [# 12], Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Masri, Samir) (Entered: 03/18/2019) |
| 03/18/2019 | 45 (1 pg) | Notice of Hearing by Filer (Re: 44 Objection to Claim of Ali Panjwani [# 12], Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan.). Chapter 13 Hearing scheduled for 04/11/2019 at 01:00 PM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Masri, Samir) (Entered: 03/18/2019) |
| 03/22/2019 | 46 (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 15 Chapter 13 Plan). Confirmation Hearing to be Held on 04/11/2019 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 03/22/2019) |

| | | |
|---|---|---|
| 03/22/2019 | 47 (1 pg) | Certificate of Service Filed by Debtor Aamir Khan (Re: 44 Objection to Claim of Ali Panjwani [# 12], filed by Debtor Aamir Khan, Joint Debtor Huma Aamir, 45 Notice of Hearing by Filer filed by Debtor Aamir Khan, Joint Debtor Huma Aamir). (Masri, Samir) (Entered: 03/22/2019) |
| 04/03/2019 | 48 (1 pg) | Order Sustaining Objection to Claim(s) (Re: # 33) (Ramos-White, Madeline) (Entered: 04/03/2019) |
| 04/12/2019 | 49 (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 15 Chapter 13 Plan). Confirmation Hearing to be Held on 05/16/2019 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 04/12/2019) |
| 04/17/2019 | 50 (1 pg) | Notice of Continued Hearing Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: 44 Objection to Claim). Chapter 13 Hearing scheduled for 05/16/2019 at 09:30 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Masri, Samir) (Entered: 04/17/2019) |
| 04/17/2019 | 51 (1 pg) | Certificate of Service Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: 44 Objection to Claim of Ali Panjwani [# 12], filed by Debtor Aamir Khan, Joint Debtor Huma Aamir, 50 Notice of Continued Hearing filed by Debtor Aamir Khan, Joint Debtor Huma Aamir). (Masri, Samir) (Entered: 04/17/2019) |
| 04/18/2019 | 52 | Notice to Filer of Apparent Filing Deficiency: **Incorrect PDF Image Attached to the Docket Entry. PDF Image information does not match the docket entry.THE FILER IS DIRECTED TO REFILE OR FILE AN AMENDED DOCUMENT WITHIN TWO BUSINESS DAYS.** (Re: 50 Notice of Continued Hearing Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: 44 Objection to Claim). Chapter 13 Hearing scheduled for 05/16/2019 at 09:30 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL.) (Ramos-White, Madeline) (Entered: 04/18/2019) |
| 04/18/2019 | 53 (1 pg) | Amended Notice of Continued Hearing Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: |

| | | |
|---|---|---|
| | | [44](#) Objection to Claim). Chapter 13 Hearing scheduled for 05/16/2019 at 01:00 PM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Masri, Samir) (Entered: 04/18/2019) |
| 04/18/2019 | [54](#) (1 pg) | Certificate of Service Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: [44](#) Objection to Claim of Ali Panjwani [# 12], filed by Debtor Aamir Khan, Joint Debtor Huma Aamir, [53](#) Notice of Continued Hearing filed by Debtor Aamir Khan, Joint Debtor Huma Aamir). (Masri, Samir) (Entered: 04/18/2019) |
| 05/14/2019 | [55](#) (2 pgs) | Response to ([44](#) Objection to Claim of Ali Panjwani [# 12], filed by Debtor Aamir Khan, Joint Debtor Huma Aamir) Filed by Creditor Ali Panjwani (Aresty, Joel) (Entered: 05/14/2019) |
| 05/14/2019 | [56](#) (3 pgs) | First Amended Chapter 13 Plan (Re:[15](#) Chapter 13 Plan filed by Debtor Aamir Khan, Joint Debtor Huma Aamir) Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Masri, Samir) (Entered: 05/14/2019) |
| 05/17/2019 | [57](#) (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: [56](#) Amended Chapter 13 Plan). Confirmation Hearing to be Held on 06/13/2019 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 05/17/2019) |
| 05/30/2019 | [58](#) (1 pg) | Notice of Continued Hearing Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: [44](#) Objection to Claim). Chapter 13 Hearing scheduled for 06/13/2019 at 01:00 PM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Masri, Samir) (Entered: 05/30/2019) |
| 05/30/2019 | [59](#) (1 pg) | Certificate of Service Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: [44](#) Objection to Claim of Ali Panjwani [# 12], filed by Debtor Aamir Khan, Joint Debtor Huma Aamir, [58](#) Notice of Continued Hearing filed by Debtor Aamir Khan, Joint Debtor Huma Aamir). (Masri, Samir) (Entered: 05/30/2019) |
| 06/12/2019 | | |

| | | |
|---|---|---|
| | [60](#) (1 pg) | Notice of Voluntary Conversion to Chapter 7 [Fee Amount $25] Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Masri, Samir) (Entered: 06/12/2019) |
| 06/12/2019 | | Receipt of Notice of Voluntary Conversion to Chapter 7(18-23908-RBR) [notice,ntccnv] ( 25.00) Filing Fee. Receipt number 34472138. Fee amount 25.00. (U.S. Treasury) (Entered: 06/12/2019) |
| 06/13/2019 | [61](#) (4 pgs; 2 docs) | Order Upon Notice of Conversion to Chapter 7 by Debtor(s) Trustee Kenneth A Welt Appointed . Meeting of Creditors to be Held on 07/17/2019 at 08:30 AM at 299 E Broward Blvd Room 411, Fort Lauderdale. Last Day to Oppose Discharge or Dischargeability is 09/16/2019. (Ramos-White, Madeline) (Entered: 06/13/2019) |
| 06/13/2019 | [62](#) (1 pg) | Notice of Unavailability from June 24, 2019 to July 16, 2019 by Attorney Samir Masri. (Masri, Samir) (Entered: 06/13/2019) |
| 06/15/2019 | [63](#) (5 pgs) | BNC Certificate of Mailing (Re: [61](#) Order Upon Notice of Conversion to Chapter 7 by Debtor(s) Trustee Kenneth A Welt Appointed . Meeting of Creditors to be Held on 07/17/2019 at 08:30 AM at 299 E Broward Blvd Room 411, Fort Lauderdale. Last Day to Oppose Discharge or Dischargeability is 09/16/2019.) Notice Date 06/15/2019. (Admin.) (Entered: 06/16/2019) |
| 06/15/2019 | [64](#) (3 pgs) | BNC Certificate of Mailing (Re: [61](#) Order Upon Notice of Conversion to Chapter 7 by Debtor(s) Trustee Kenneth A Welt Appointed . Meeting of Creditors to be Held on 07/17/2019 at 08:30 AM at 299 E Broward Blvd Room 411, Fort Lauderdale. Last Day to Oppose Discharge or Dischargeability is 09/16/2019.) Notice Date 06/15/2019. (Admin.) (Entered: 06/16/2019) |
| 06/21/2019 | [65](#) (1 pg) | Application for Administrative Expenses Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Masri, Samir) (Entered: 06/21/2019) |
| 06/21/2019 | [66](#) (1 pg) | Notice of Hearing by Filer (Re: [65](#) Application for Administrative Expenses Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan). Chapter 13 Hearing scheduled for 08/15/2019 at 01:00 PM at |

| | | |
|---|---|---|
| | | U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Masri, Samir) (Entered: 06/21/2019) |
| 06/21/2019 | 67 (4 pgs) | Certificate of Service Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: 65 Application for Administrative Expenses filed by Debtor Aamir Khan, Joint Debtor Huma Aamir, 66 Notice of Hearing by Filer filed by Debtor Aamir Khan, Joint Debtor Huma Aamir). (Masri, Samir) (Entered: 06/21/2019) |
| 06/21/2019 | 68 (25 pgs; 2 docs) | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Schedule C,Schedule I,Schedule J,Statement of Financial Affairs,Declaration re Schedules,] Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Attachments: # 1 Local Form 4) (Masri, Samir) (Entered: 06/21/2019) |
| 06/21/2019 | 69 (2 pgs) | Chapter 7 Statement of Current Monthly Income Form 122A-1 Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Masri, Samir) (Entered: 06/21/2019) |
| 06/21/2019 | 70 (2 pgs) | Statement of Intention. Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan. (Masri, Samir) (Entered: 06/21/2019) |
| 06/25/2019 | 71 (1 pg) | Notice to Withdraw Document Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: 65 Application for Administrative Expenses). (Masri, Samir) (Entered: 06/25/2019) |
| 06/25/2019 | 72 (1 pg) | Application for Administrative Expenses Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Masri, Samir) (Entered: 06/25/2019) |
| 06/25/2019 | 73 (1 pg) | Notice of Hearing by Filer (Re: 72 Application for Administrative Expenses Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan). Chapter 13 Hearing scheduled for 07/11/2019 at 01:00 PM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Masri, Samir) (Entered: 06/25/2019) |
| 06/25/2019 | 74 (4 pgs) | Certificate of Service Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: 72 Application for |

| | | |
|---|---|---|
| | | Administrative Expenses filed by Debtor Aamir Khan, Joint Debtor Huma Aamir, 73 Notice of Hearing by Filer filed by Debtor Aamir Khan, Joint Debtor Huma Aamir). (Masri, Samir) (Entered: 06/25/2019) |
| 06/25/2019 | 75 (4 pgs) | Chapter 13 Trustee's Final Report and Account (Converted) Filed by Trustee Robin R Weiner. (Weiner, Robin) (Entered: 06/25/2019) |
| 06/25/2019 | 76 (1 pg) | Order Discharging Trustee . (Ramos-White, Madeline) (Entered: 06/25/2019) |
| 07/12/2019 | 77 (13 pgs) | Amended Document To Reflect Summary and Schedule A/B Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: 68 Schedules and Statements Filed filed by Debtor Aamir Khan, Joint Debtor Huma Aamir). (Masri, Samir) (Entered: 07/12/2019) |
| 07/19/2019 | 78 | Meeting of Creditors Held and Concluded. Chapter 7 Trustee's Report of No Distribution: I, Kenneth A Welt, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Debtor appeared. Joint debtor appeared. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $384986.00, Assets Exempt: $2855.00, Claims Scheduled: $454573.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $454573.00. (Welt, Kenneth) (Entered: 07/19/2019) |
| 07/19/2019 | 79 | The information required by 11 U.S.C. Sec. 521(a)(1) as provided by the debtor(s) in this case is |

| | | |
|---|---|---|
| | | complete to the satisfaction of the trustee. No creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. Sec. 521(i)(2) and the trustee does not believe that this case is subject to automatic dismissal pursuant to 11 U.S.C. Sec. 521(i). (Welt, Kenneth) (Entered: 07/19/2019) |
| 08/23/2019 | 80 (2 pgs) | Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1). Deadline for any creditor or other party in interest to contest the court's finding shall file an objection not later than 21 days from the date of entry of this order . (Ramos-White, Madeline) (Entered: 08/23/2019) |
| 08/25/2019 | 81 (4 pgs) | BNC Certificate of Mailing (Re: 80 Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1). Deadline for any creditor or other party in interest to contest the court's finding shall file an objection not later than 21 days from the date of entry of this order .) Notice Date 08/25/2019. (Admin.) (Entered: 08/26/2019) |
| 09/12/2019 | 82 | **Trustee's Notice to Withdraw Report of No Distribution** Filed by Trustee Kenneth A Welt. (Welt, Kenneth) (Entered: 09/12/2019) |
| 09/16/2019 | 83 (4 pgs) | *Ex Parte* Application to Employ Zachary Malnik, Esq. of The Salkin Law Firm as General Counsel for the Trustee [Affidavit Attached] Filed by Trustee Kenneth A Welt (Malnik, Zachary) (Entered: 09/16/2019) |
| 09/16/2019 | 84 (2 pgs) | Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) Filed by Trustee Kenneth A Welt (Malnik, Zachary) (Entered: 09/16/2019) |
| 09/16/2019 | 85 (2 pgs) | Order Granting Application to Employ Zachary Malnik (Re: # 83) (Ramos-White, Madeline) (Entered: 09/16/2019) |
| 09/16/2019 | 86 (4 pgs) | Certificate of Service Filed by Trustee Kenneth A Welt (Re: 85 Order on Application to Employ). (Malnik, Zachary) (Entered: 09/16/2019) |
| 09/23/2019 | 87 (1 pg) | Notice of Hearing (Re: 84 Motion to Extend Time to File Section 727 Complaint Objecting to Discharge |

| | | |
|---|---|---|
| | | of Debtor(s) Filed by Trustee Kenneth A Welt) Hearing scheduled for 10/02/2019 at 09:30 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Gomez, Edy) (Entered: 09/23/2019) |
| 09/23/2019 | 88 (4 pgs) | Certificate of Service Filed by Trustee Kenneth A Welt (Re: 84 Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) filed by Trustee Kenneth A Welt, 87 Notice of Hearing). (Malnik, Zachary) (Entered: 09/23/2019) |
| 09/27/2019 | 89 (2 pgs) | Response to (84 Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) filed by Trustee Kenneth A Welt) Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Masri, Samir) (Entered: 09/27/2019) |
| 09/27/2019 | 90 (7 pgs) | Notice of Taking Rule 2004 Examination Duces Tecum of Aamir Khan on October 23, 2019 at 1:00 p.m. Filed by Trustee Kenneth A Welt. (Malnik, Zachary) (Entered: 09/27/2019) |
| 09/27/2019 | 91 (7 pgs) | Notice of Taking Rule 2004 Examination Duces Tecum of Huma Aamir on October 23, 2019 at 10:00 a.m. Filed by Trustee Kenneth A Welt. (Malnik, Zachary) (Entered: 09/27/2019) |
| 09/30/2019 | 92 (2 pgs) | Reply to 89 Response filed by Debtor Aamir Khan, Joint Debtor Huma Aamir) Filed by Trustee Kenneth A Welt (Malnik, Zachary). Modified to correct linkage on 10/1/2019 (Ramos-White, Madeline). (Entered: 09/30/2019) |
| 10/02/2019 | 93 | In accordance with General Order 2019-03, this case is transferred from Judge Raymond B. Ray to Judge Scott M. Grossman. (Cervino, Maria) (Entered: 10/02/2019) |
| 10/08/2019 | 94 (2 pgs) | Order Granting Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) (Re: #84) Deadline Extended to **11/15/2019** (Ramos-White, Madeline) (Entered: 10/08/2019) |
| 10/08/2019 | 95 (4 pgs) | Certificate of Service Filed by Trustee Kenneth A Welt (Re: 94 Order on Motion to Extend Time to |

| | | File Section 727 Complaint). (Malnik, Zachary) (Entered: 10/08/2019) |
|---|---|---|
| 10/17/2019 | 96 (1 pg) | Notice of Filing *Notice of Cancellation of Rule 2004 Examination of Huma Aamir*, Filed by Trustee Kenneth A Welt. (Malnik, Zachary) (Entered: 10/17/2019) |
| 10/17/2019 | 97 (7 pgs) | Amended Notice of Taking Rule 2004 Examination Duces Tecum of Aamir Khan on October 23, 2019 at 10:00 a.m. Filed by Trustee Kenneth A Welt. (Malnik, Zachary) (Entered: 10/17/2019) |
| 10/22/2019 | 98 (5 pgs) | Motion for Relief from Stay [Negative Notice] [Fee Amount $181] Filed by Creditor Ali Panjwani (Aresty, Joel) (Entered: 10/22/2019) |
| 10/22/2019 | | Receipt of Motion for Relief From Stay(18-23908-SMG) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 35294964. Fee amount 181.00. (U.S. Treasury) (Entered: 10/22/2019) |
| 10/22/2019 | 99 (5 pgs) | Certificate of Service by Attorney Joel M. Aresty Esq. (Re: 98 Motion for Relief from Stay [Negative Notice] [Fee Amount $181] filed by Creditor Ali Panjwani). (Aresty, Joel) (Entered: 10/22/2019) |
| 11/04/2019 | 100 (96 pgs) | Response to (98 Motion for Relief from Stay [Negative Notice] [Fee Amount $181] filed by Creditor Ali Panjwani) Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Masri, Samir) (Entered: 11/04/2019) |
| 11/11/2019 | 101 (21 pgs) | Response to (98 Motion for Relief from Stay [Negative Notice] [Fee Amount $181] filed by Creditor Ali Panjwani, 100 Response filed by Debtor Aamir Khan, Joint Debtor Huma Aamir) Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Masri, Samir) (Entered: 11/11/2019) |
| 11/12/2019 | 102 (1 pg) | Notice of Hearing (Re: 98 Motion for Relief from Stay [Negative Notice] [Fee Amount $181] Filed by Creditor Ali Panjwani) Hearing scheduled for 12/18/2019 at 02:30 PM at U.S. Courthouse, 299 E Broward Blvd Room 308 (SMG), Fort Lauderdale, FL. (Gomez, Edy) (Entered: 11/12/2019) |
| 11/14/2019 | | |

|  | 103<br>(3 pgs) | Second Agreed *Ex Parte* Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) Filed by Trustee Kenneth A Welt (Malnik, Zachary) (Entered: 11/14/2019) |
|---|---|---|
| 11/15/2019 | 104<br>(2 pgs) | Order Granting Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) (Re: #103) Deadline Extended to **1/14/2020** (Ramos-White, Madeline) (Entered: 11/15/2019) |
| 11/18/2019 | 105<br>(4 pgs) | Certificate of Service Filed by Trustee Kenneth A Welt (Re: 104 Order on Motion to Extend Time to File Section 727 Complaint). (Malnik, Zachary) (Entered: 11/18/2019) |
| 11/20/2019 | 106<br>(5 pgs) | Certificate of Service Filed by Creditor Ali Panjwani (Re: 102 Notice of Hearing). (Aresty, Joel) (Entered: 11/20/2019) |
| 12/02/2019 | 107<br>(6 pgs) | Reply to (100 Response filed by Debtor Aamir Khan, Joint Debtor Huma Aamir, 101 Response filed by Debtor Aamir Khan, Joint Debtor Huma Aamir) *to motion for stay relief nunc pro tunc* Filed by Creditor Ali Panjwani (Aresty, Joel) (Entered: 12/02/2019) |
| 12/06/2019 | 108<br>(9 pgs) | Motion to Compromise Controversy with Debtors, Aamir Khan and Huma Aamir, in addition to Motion to Delay Discharge Until Debtors Full Compliance with Stipulation Filed by Trustee Kenneth A Welt (Malnik, Zachary) (Entered: 12/06/2019) |
| 12/06/2019 | 109<br>(1 pg) | Notice of Hearing by Filer (Re: 108 Motion to Compromise Controversy with Debtors, Aamir Khan and Huma Aamir, in addition to Motion to Delay Discharge Until Debtors Full Compliance with Stipulation Filed by Trustee Kenneth A Welt). Hearing scheduled for 01/22/2020 at 09:30 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (SMG), Fort Lauderdale, FL. (Malnik, Zachary) (Entered: 12/06/2019) |
| 12/06/2019 | 110<br>(4 pgs) | Certificate of Service Filed by Trustee Kenneth A Welt (Re: 108 Motion to Compromise Controversy with Debtors, Aamir Khan and Huma Aamir filed by Trustee Kenneth A Welt, Motion to Delay Discharge Until Debtors Full Compliance with Stipulation , 109 Notice of Hearing by Filer filed by Trustee Kenneth A Welt). (Malnik, Zachary) (Entered: 12/06/2019) |

| | | |
|---|---|---|
| 12/12/2019 | 111 (1 pg) | Trustee's Notice of Intent to Abandon (1) Real Property at 1313 Majecty Terrace; Weston, Fla 33327 (2) 2012 Toyota Camry (3) 2018 Chevrolet Traverse and (4) 2018 Lexus IS 300 [Negative Notice] Filed by Trustee Kenneth A Welt. (Welt, Kenneth) (Entered: 12/12/2019) |
| 12/12/2019 | 112 (4 pgs) | Certificate of Service *of Notice to Abandon* Filed by Trustee Kenneth A Welt (Re: 111 Trustee's Notice of Abandonment filed by Trustee Kenneth A Welt). (Welt, Kenneth) (Entered: 12/12/2019) |
| 12/23/2019 | 113 (2 pgs) | Order Granting Motion For Relief From Stay Re: # 98 (Ramos-White, Madeline) (Entered: 12/23/2019) |
| 12/26/2019 | 114 (5 pgs) | Certificate of Service by Attorney Joel M. Aresty Esq. (Re: 113 Order on Motion For Relief From Stay). (Aresty, Joel) (Entered: 12/26/2019) |
| 01/06/2020 | 115 (2 pgs) | Notice of Appeal and Election to Appeal To District Court Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: 113 Order Granting Motion For Relief From Stay Re: 98). [Fee Amount $298] Appellant Designation due 01/21/2020. (Perez, Emmanuel) (Entered: 01/06/2020) |
| 01/06/2020 | | Receipt of Notice of Appeal(18-23908-SMG) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number 35799374. Fee amount 298.00. (U.S. Treasury) (Entered: 01/06/2020) |
| 01/07/2020 | 116 (9 pgs; 3 docs) | Clerk's Notice of Mailing of (Re: 115 Notice of Appeal and Election to Appeal To District Court Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: 113 Order Granting Motion For Relief From Stay Re: 98). [Fee Amount $298] Appellant Designation due 01/21/2020.) (Attachments: # 1 Order) (Rodriguez, Lorenzo) (Entered: 01/07/2020) |
| 01/07/2020 | 117 (1 pg) | Transmittal to US District Court (Re: 115 Notice of Appeal and Election to Appeal To District Court Filed by Joint Debtor Huma Aamir, Debtor Aamir Khan (Re: 113 Order Granting Motion For Relief From Stay Re: 98). [Fee Amount $298] Appellant Designation due 01/21/2020. filed by Debtor Aamir Khan, Joint Debtor Huma Aamir) (Rodriguez, Lorenzo) (Entered: 01/07/2020) |