UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE

In Re:
Aamir Khan and Huma Aamir
    Appellants
v.
Ali Panjwani                               Case No. 0:20-cv-60032-BB
    Appellee
_____/

Notice of Appearance

    Joel M. Aresty P.A. and Joel M. Aresty, Esq. appear as counsel for Appellee Ali Panjwani and request copies of all notices be directed to the undersigned.

    Respectfully submitted 1/8/2020

    We hereby certify that a true copy of the foregoing was served on all parties by CMECF,

JOEL M. ARESTY, P.A.
Board Certified Business
Bankruptcy Law
Counsel for Ali Panjwani

309 1st Ave S
Tierra Verde, FL 33715
Fax: 1-800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483