# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-cv-60032-BLOOM

AAMIR KHAN and HUMA AAMIR,

      Appellants,

v.

ALI PANJWANI,

      Appellee.

_____/

## **ORDER**

**THIS CAUSE** is before the Court upon Appellants Aamir Khan and Huma Aamir ("Appellants") Urgent Motion to Maintain Automatic Stay Pending Appeal, ECF No. [9], filed on February 24, 2020. Appellants request that, under Federal Rule of Bankruptcy Procedure 8007(b)(1), this Court stay the bankruptcy court's Order Granting Motion for Relief From Stay Nunc Pro Tunc to November 7, 2018, ECF No. [9-1] at 9-11, and its Order Denying Motion to Reconsider, ECF No. [9-1] at 12-14, which are the bases for the instant appeal, in order to prevent Appellees from obtaining a default judgment against Appellants in the ongoing state court adversary proceeding.

Federal Rule of Bankruptcy Procedure 8007 states:

**(a) Initial motion in the Bankruptcy Court**
  **(1) In general**
  Ordinarily, a party must move first in the bankruptcy court for the following relief:
    **(A)** a stay of a judgment, order, or decree of the bankruptcy court pending appeal;
    **(B)** the approval of a bond or other security provided to obtain a stay of judgment;
    **(C)** an order suspending, modifying, restoring, or granting an injunction while an appeal is pending; or

**(D)** the suspension or continuation of proceedings in a case or other relief permitted by subdivision (e).

**(2) Time to file**
The motion may be made either before or after the notice of appeal is filed.

**(b) Motion in the district court, the BAP, or the Court of Appeals on direct appeal**
**(1) Request for relief**
A motion for the relief specified in subdivision (a)(1) — or to vacate or modify a bankruptcy court's order granting such relief — may be made in the court where the appeal is pending.

**(2) Showing or statement required**
The motion must:
**(A)** show that moving first in the bankruptcy court would be impracticable; or
**(B)** if a motion was made in the bankruptcy court, either state that the court has not yet ruled on the motion, or state that the court has ruled and set out any reasons given for the ruling.

**(3) Additional content**
The motion must also include:
**(A)** the reasons for granting the relief requested and the facts relied upon;
**(B)** affidavits or other sworn statements supporting facts subject to dispute; and
**(C)** relevant parts of the record.

**(4) Serving notice**
The movant must give reasonable notice of the motion to all parties.

Fed. R. Bankr. P. 8007(a)-(b).

Appellants have not provided the Court with any indication as to why moving in the bankruptcy court first would be impracticable, as required under Rule 8007(b)(2)(A).[1] Therefore, Appellant's Motion is denied for the failure to comply with the Federal Rules of Bankruptcy Procedure on obtaining a stay pending appeal.

---

[1] This Court takes judicial notice of the record of Appellants' bankruptcy proceedings below. *In re Khan, et al.*, No. 18-23908-BKC (S.D. Fla. Bankr).

Accordingly, it is **ORDERED AND ADJUDGED** that Appellants' Motion, **ECF No. [9]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 25, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record